# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN THEW, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC,<br><br>Defendant. | Case No.: ED CV 18-818-DMG (AFMx)<br><br>**ORDER RE JOINT STIPULATION FOR DISMISSAL OF ACTION [17]** |

Having reviewed the parties' stipulation to dismiss the above-entitled action with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the putative class, and good cause appearing therefor, IT IS HEREBY ORDERED:

1. This action is dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the putative class.
2. Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: August 28, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE